## Hirtzy *v.* Hill, Appellant.

Argued November 14, 1966. *Raymond F. Keisling,* with him *Clem R. Kyle,* for appellant; *A. A. Bluestone,* for appellee.

Judgment affirmed.

## Holmes *v.* Holmes, Appellant.

Argued November 14, 1966. *Martin E. Geary,* for appellant; *John L. Bailey,* with him *William J. Graham,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

WRIGHT, J., dissented.

## Hribar *v.* Bethlehem Mines Corp. (et al., Appellant).

Argued November 15, 1966. *Donald R. Mikesell,* Special Assistant Attorney General, with him *Clyde M. Hughes, Jr.,* Assistant Attorney General, and *Edward Friedman,* Attorney General, for Commonwealth, appellant; *E. L. Cimino,* with him *Eugene A. Creany,* for appellee.

Order affirmed.